RECEIVED IN ALEXANDRIA, LA
DEC 20 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JOE BALDWIN | CIVIL ACTION NO. 06-1485 |
| VS. | SECTION P |
| RUSSELL BUTLER, WARDEN, ET AL. | JUDGE DRELL |
| | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that this petition for writ of *habeas corpus* be **DENIED AND DISMISSED WITHOUT PREJUDICE** because petitioner failed to exhaust available state court remedies.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 20th day of December, 2006.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE